UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES NICHOLSON, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | No. 3:25-CV-1596-X-BN |
| | § | |
| PHH MORTGAGE CORPORATION, | § | |
| | § | |
| *Defendant*. | § | |
| | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 16). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and **DENIES** Plaintiff James Nicholson's Motion to Remand. (Doc. 8).

**IT IS SO ORDERED** this 22nd day of AUGUST, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1