IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMES NICHOLSON § | |
| § | |
| *Plaintiff,* § | |
| § | |
| V. § | No. 3:25-CV-1596-X-BN |
| § | |
| PHH MORTGAGE CORPORATION § | |
| et al., § | |
| § | |
| *Defendants.* § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings and conclusions in this case (Doc. 30) recommending that the Court should grant Defendant PHH Mortgage Corporation's (PHH) motion to dismiss (Doc. 10). The Magistrate Judge recommended that the Court should dismiss with prejudice Plaintiff James Nicholson's (Nicholson) negligence claim against PHH, dismiss without prejudice his wrongful foreclosure claim against PHH and all claims against Defendant Codilis & Moody PC without prejudice, and grant him leave to amend his complaint.

No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

1

Nicholson may amend his complaint no later than March 13, 2026. Any amendments are limited to addressing the deficiencies identified in the Magistrate Judge's recommendations.

**SO ORDERED** this 20th day of February, 2026.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE